IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM  　　　　　　　　　　　PLAINTIFF
ADC #128147

VS.　　　　　　　　　5:19cv00211-BRW

TURNER, Nurse, Varner Unit　　　　　　　　　　　　　　DEFENDANT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is dismissed without prejudice.

Further, I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of August, 2019.

　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE