IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM                              PLAINTIFF
ADC #128147

VS.                          5:19cv00211-BRW

TURNER, Nurse, Varner Unit                                DEFENDANT

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of August, 2019.


                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE